**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 97-40257

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

                    versus

HONORIO JAIME PINA and
MARIA FLORA GAYTAN-CARRANZA,
a/k/a Flora Gaytan, a/k/a
Flora G. Carranza,

                                        Defendants-Appellants.

Appeal from the United States District Court
for the Southern District of Texas
(96-CR-96-1)

December 8, 1997

Before WIENER, EMILIO M. GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Defendants-Appellants Honorio Jaime Pina and Maria Flora Gaytan-Carranza appeal their convictions for drug-trafficking offenses. Pina argues that the district court erred in failing to exclude evidence obtained pursuant to a purportedly invalid search

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

warrant; Gaytan argues that the district court erred in denying her motion for a new trial, which was predicated on an allegation of prosecutorial misconduct in concealing or, in the alternative, failing to produce, an exculpatory informant-witness.

We have carefully reviewed the record in this case, the rulings of the district court, and the pertinent facts as revealed by the record and the briefs of able counsel, as well as the legal arguments of counsel set forth in their briefs and in oral argument by those who participated. As a result, we are convinced that the district court committed no reversible error in failing to suppress the evidence adduced against Pina or in refusing to grant Gaytan a new trial. Consequently, the convictions of Defendants-Appellants resulting from their jury trial are, in all respects, AFFIRMED.